AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Javier Taymes

APPEARANCE

CASE NUMBER: 1:07-M-74M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

7/24/07
*Date*

*Signature*

J. Crowell — 1993
*Print Name* — *Bar Number*

128 Dorrance St, P.
*Address*

Pvd — RI — 02903
*City* — *State* — *Zip Code*

272-6600 — 274-0175
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.