AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Javier Taymes

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07-mc-74M

I, Javier Taymes, charged in a (complaint) (petition) pending in this District with reentry after deportation in violation of Title 8, U.S.C., 1326(a) + (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Javier Tayme

*Defendant*

7/24/07

*Date*

*Counsel for Defendant*