/355905

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JAVIER TAYMES
a/k/a Javier Bennet
a/k/a Javir Taymes

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-74K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAVIER TAYMES, a/k/a Javier Bennet and Javir Taymes
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

RECEIVED
U.S. MARSHALS SERVICE
JUL 19 2007
District of Rhode Island

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| DAVID L. MARTIN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 7-19-07 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/19/2007 | CJ Wyant SDUSM | S Wyant |
| DATE OF ARREST 07/24/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.