IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR07-108S |
| | ) | In Violation of 8 U.S.C. §§ 1326(a) and (b)(2) |
| JAVIER TAYMES | ) | |
| a/k/a Javier Bennet | ) | |
| a/k/a Javir Taymes | ) | |
| a/k/a Felix A. Santiago | ) | |
| a/k/a Raphael Lassiter | ) | |

FILED
AUG 03 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

On or about June 26, 2007, Defendant JAVIER TAYMES, also known as Javier Bennnet, Javir Taymes, Felix A. Santiago, and Raphael Lassiter, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

DATE August 3, 2007