AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

RECEIVED
AUG 03 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA
V.

JAVIER TAYMES
a/k/a Javier Bennet
a/k/a Javir Taymes

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-108S

I, JAVIER TAYMES, a/k/a Javier Bennet and Javir Taymes, the above named defendant, who is accused of

ILLEGAL REENTRY HAVING BEEN PREVIOUSLY DEPORTED

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/9/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Javier Taymes
Defendant

[signature]
Counsel for Defendant

Before David L. Martin USMJ
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.